Anthony N. DeMaria, No. 177894
McCORMICK BARSTOW SHEPPARD
  WAYTE & CARRUTH LLP
5 River Park Place East
Fresno, California 93720-1501
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

Attorneys for Defendant JC PENNEY CORPORATION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VIVIAN PEARSON,<br><br>       Plaintiff,<br><br>  v.<br><br>JC PENNEY and DOES 1 to 10, inclusive,<br><br>       Defendants. | Case No. 2:11-cv-02755-LKK-GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

    IT IS HEREBY STIPULATED by and between the plaintiff VIVIAN PEARSON, and defendant JC PENNEY CORPORATION, INC., (Incorrectly sued herein as JC PENNEY), by and through their respective counsel of record, that the above-entitled action is dismissed, with prejudice, pursuant to the provisions of F.R.C.P. 41(a)(1), with each side to bear its own attorney's fees and costs.

Dated:  October 10, 2012                                   MCFALL, BURNETT & BRINTON

                                                          By:    /s/Donald K. Lupul
                                                                    Donald K. Lupul
                                                    Attorneys for Plaintiff, VIVIAN PEARSON

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

STIPULATION AND ORDER FOR DISMISSAL

| | |
|---|---|
| Dated: September 20, 2012 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP |„

Dated: September 20, 2012                McCORMICK, BARSTOW, SHEPPARD,
                                          WAYTE & CARRUTH, LLP


By: /s/Anthony N. DeMaria
    Anthony N. DeMaria
    Attorneys for Defendant, JC PENNEY
    CORPORATION, INC.

## **ORDER**

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties, that the above-entitled action is dismissed, with prejudice, each side to bear its own attorney's fees and costs.

DATED: October 23, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
STIPULATION AND ORDER FOR DISMISSAL