1  Anthony N. DeMaria, No. 177894
   McCORMICK BARSTOW SHEPPARD
2    WAYTE & CARRUTH LLP
   5 River Park Place East
3  Fresno, California 93720-1501
   Telephone:    (559) 433-1300
4  Facsimile:    (559) 433-2300

5  Attorneys for Defendant JC PENNEY
   CORPORATION, INC.
6

7

8              UNITED STATES DISTRICT COURT

9      EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

11 | VIVIAN PEARSON,                          | Case No. 2:11-cv-02755-LKK-GGH

12 |           Plaintiff,                      | **STIPULATION AND ORDER FOR DISMISSAL**

13 |      v.

14 | JC PENNEY and DOES 1 to 10, inclusive,

15 |           Defendants.

16      IT IS HEREBY STIPULATED by and between the plaintiff VIVIAN PEARSON, and

17 defendant JC PENNEY CORPORATION, INC., (Incorrectly sued herein as JC PENNEY), by and

18 through their respective counsel of record, that the above-entitled action is dismissed, with prejudice,

19 pursuant to the provisions of F.R.C.P. 41(a)(1), with each side to bear its own attorney's fees and

20 costs.

21 Dated:  October 10, 2012                    MCFALL, BURNETT & BRINTON

22

23
                                    By:_____/s/Donald K. Lupul_____
24                                          Donald K. Lupul
                                    Attorneys for Plaintiff, VIVIAN PEARSON
25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

Dated:  September 20, 2012

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH, LLP

By:  /s/Anthony N. DeMaria
Anthony N. DeMaria
Attorneys for Defendant, JC PENNEY CORPORATION, INC.

## ORDER

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties, that the above-entitled action is dismissed, with prejudice, each side to bear its own attorney's fees and costs.

DATED:  October 23, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT